JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | Case No. ED CV 22-01633 WDK (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **RAMON MARIO MIRANDA,** | |
| Defendant. | |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant Ramon Mario Miranda, individually and d/b/a Dorry's Bar and Grill, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendant Ramon Mario Miranda, individually and d/b/a Dorry's Bar and Grill, as follows:

   (a) defendant Ramon Mario Miranda, individually and d/b/a Dorry's Bar and Grill, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $3,125.00 in total damages plus attorneys' fees in the amount of $512.50 plus costs.

1   IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2   mail or by telefax or by email, copies of this Judgment on counsel for the
3   defendant, or the pro se defendant in this matter.

Dated: March 21, 2024

_____
William Keller
United States District Judge